UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No.: 2:10-CR-715-PMD |
| v. | ) | |
| | ) | |
| THOMAS F. TRUE, and | ) | **ORDER** |
| GUNTHER BLANCKE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has reviewed Defendant Thomas True's Objection to the government's second proposed redaction and Renewed Motion to Sever. The Court finds that the redacted FBI report contained in its prior Order cures any unfair prejudice to True and adequately protects True's Sixth Amendment right to confrontation. Therefore, severance is not warranted and True's Renewed Motion to Sever is **DENIED.**

    **AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

**July 9, 2012**
**Charleston, SC**

1